# EXHIBIT 6

US009948712B2

(12) **United States Patent**
**Gerard**

(10) **Patent No.: US 9,948,712 B2**
(45) **Date of Patent: *Apr. 17, 2018**

(54) **SYSTEM AND METHOD FOR MIGRATING AN AGENT SERVER TO AN AGENT CLIENT DEVICE**

(71) Applicant: **OL SECURITY LIMITED LIABILITY COMPANY**, Dover, DE (US)

(72) Inventor: **Mark Gerard**, Plano, TX (US)

(73) Assignee: **OL SECURITY LIMITED LIABILITY COMPANY**, Dover, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/187,596**

(22) Filed: **Jun. 20, 2016**

(65) **Prior Publication Data**

US 2017/0099349 A1 Apr. 6, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 12/629,945, filed on Dec. 3, 2009, now Pat. No. 9,372,728.

(51) **Int. Cl.**
***G06F 15/177*** (2006.01)
***H04L 29/08*** (2006.01)
***H04L 29/06*** (2006.01)

(52) **U.S. Cl.**
CPC .......... ***H04L 67/1095*** (2013.01); ***H04L 67/42*** (2013.01)

(58) **Field of Classification Search**
USPC .................................................. 709/220–222
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,424,988 | B2 * | 7/2002 | Lurndal | G06F 9/4843 714/E11.072 |
| 6,601,093 | B1 * | 7/2003 | Peters | H04L 29/12113 709/220 |
| 6,775,673 | B2 * | 8/2004 | Mahalingam | G06F 17/30067 |
| 6,892,230 | B1 * | 5/2005 | Gu | H04L 12/2805 370/254 |
| 6,909,721 | B2 * | 6/2005 | Ekberg | H04W 48/16 370/313 |
| 6,985,750 | B1 * | 1/2006 | Vicknair | H04W 8/20 370/310 |
| 7,065,541 | B2 * | 6/2006 | Gupta | G06F 17/30306 |
| 7,082,604 | B2 * | 7/2006 | Schneiderman | G06F 9/4862 709/202 |

(Continued)

*Primary Examiner* — Alicia Baturay
(74) *Attorney, Agent, or Firm* — Schwabe, Williamson & Wyatt

(57) **ABSTRACT**

In a network of mobile agents, data integrity can be improved by providing an agent server that can migrate between devices operating in the region of interest (ROI). The agent server distributes agent clients onto devices in the ROI and provides agent server services to the agent clients, including receiving and storing data from the agents. When the agent server device is to leave the ROI, the agent server can migrate to any device executing an agent client and continue to provide the agent server services, including data collection and aggregation, from the device to which the agent server has migrated.

**20 Claims, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,089,298 | B2 * | 8/2006 | Nyman | H04L 29/12264 707/999.001 |
| 7,296,068 | B1 * | 11/2007 | Sarma | G06F 3/061 709/223 |
| 7,318,095 | B2 * | 1/2008 | Husain | G06F 11/2033 709/220 |
| 7,412,224 | B2 * | 8/2008 | Kotola | H04W 4/008 348/14.01 |
| 7,434,087 | B1 * | 10/2008 | Singh | G06F 11/1443 714/4.11 |
| 7,440,416 | B2 * | 10/2008 | Mahany | H04L 1/0002 370/235 |
| 7,480,816 | B1 * | 1/2009 | Mortazavi | G06F 11/1482 714/10 |
| 7,487,230 | B2 * | 2/2009 | Gu | H04L 12/2805 709/220 |
| 7,492,777 | B2 * | 2/2009 | Ekberg | H04W 48/16 370/230 |
| 7,539,481 | B2 * | 5/2009 | Abhishek | H04W 48/16 370/328 |
| 7,543,174 | B1 * | 6/2009 | van Rietschote | G06F 11/2025 709/223 |
| 7,558,846 | B2 * | 7/2009 | Gu | H04L 12/2805 709/220 |
| 7,570,627 | B2 * | 8/2009 | Welborn | H04B 1/7176 370/329 |
| 7,602,756 | B2 * | 10/2009 | Gu | H04L 12/2805 370/338 |
| 7,613,772 | B2 * | 11/2009 | Bartram | H04L 67/104 370/390 |
| 7,685,288 | B2 * | 3/2010 | Kakivaya | H04L 67/16 709/204 |
| 7,801,077 | B2 * | 9/2010 | Rentel | H04W 72/082 370/329 |
| 7,801,082 | B2 * | 9/2010 | Jeon | H04W 36/12 370/331 |
| 7,804,849 | B2 * | 9/2010 | Mahany | H04L 1/0002 370/230 |
| 7,925,772 | B2 * | 4/2011 | Fujita | H04L 12/2807 709/231 |
| 7,966,368 | B2 | 6/2011 | Su | |
| 7,969,911 | B2 * | 6/2011 | Mahany | H04L 1/0002 370/254 |
| 8,009,658 | B2 * | 8/2011 | Welborn | H04B 1/7176 370/336 |
| 8,601,101 | B1 * | 12/2013 | Singh | H04L 69/40 370/254 |
| 8,824,449 | B2 * | 9/2014 | van der Wateren | H04J 3/0655 370/350 |
| 9,372,728 | B2 * | 6/2016 | Gerard | G06F 9/4862 |
| 2002/0044549 | A1 * | 4/2002 | Johansson | H04L 45/02 370/386 |
| 2002/0156875 | A1 * | 10/2002 | Pabla | H04L 1/24 709/220 |
| 2002/0169889 | A1 * | 11/2002 | Yang | H04L 29/06 709/244 |
| 2003/0233433 | A1 * | 12/2003 | Halpern | G06F 9/4843 709/222 |
| 2004/0098447 | A1 * | 5/2004 | Verbeke | G06F 9/5055 709/201 |
| 2004/0139167 | A1 * | 7/2004 | Edsall | G06F 17/30197 709/212 |
| 2006/0031429 | A1 * | 2/2006 | Ayyagari | H04W 84/20 709/220 |
| 2006/0176852 | A1 * | 8/2006 | Wu | H04L 63/0853 370/331 |
| 2007/0233626 | A1 * | 10/2007 | Rupp | G06Q 10/10 706/20 |
| 2007/0245003 | A1 * | 10/2007 | Kashyap | H04L 67/14 709/223 |
| 2009/0037562 | A1 * | 2/2009 | Lobbert | H04L 29/12018 709/220 |
| 2009/0049158 | A1 * | 2/2009 | Krishnaswamy | H04W 84/22 709/220 |
| 2009/0222537 | A1 * | 9/2009 | Watkins | H04L 29/12311 709/221 |
| 2009/0238153 | A1 * | 9/2009 | Sim | H04W 84/20 370/336 |
| 2011/0173305 | A1 * | 7/2011 | Matuszewski | H04L 45/02 709/221 |
| 2011/0208846 | A1 * | 8/2011 | Ito | H04L 29/1232 709/222 |

* cited by examiner


10
20
18
12
Device 1
Agent Server
ROI
16
Device 2
Agent Client
14
Location Provider
15
13
Device 3
Agent Client
17
Location Provider

Figure 1




Figure 2




Figure 3


200
Agent Server
Client Bootstrap
202
Wait for agent client participation request
Timeout ?
Yes
No
204
206
Process agent client participation request
Is client within ROI ?
No
Yes
208
210
Send agent client activation request
212
Wait for client agent activation response
216
Record failure
Timeout ?
Yes
No
214
Record new agent client for server
218
Broadcast participation requests
201
Wait for agent client activation request
203
207
Record failure
205
Timeout ?
Yes
No
Process agent client activation request
209
Start agent client
211
213
Success
No
Yes
Send agent client activation response
215

Figure 4


18
12
Device 1
Device 2
51
Agent server participation request
Agent Server
ROI
16
Agent client - ROI
14
52
Agent server participation response
Agent server - ROI
50
Agent server activation request
53
Agent server activation response
54
Agent server reset message
55
Device 3
Agent client - ROI
17
13

Figure 5


300
Agent Server (Device1)
Agent Client (Device2)
302
Determine need to move agent server
Receive agent server participation request
301
304
Find capable participating device
303
No
Is device able ?
Yes
307
305
306
Send agent server participation request
Send agent server participation reject
Send agent server participation accept
312
Record failure
308
Wait for agent server participation response
310
No
Success ?
Yes
Wait for agent server activation request
309
314
Reject new service requests and resolve outstanding requests
Process agent server activation request
311
Start agent server
313
316
Send agent server activation request
315
No
Success?
Yes
Resume agent server processing
318
Wait for agent server activation response
319
317
324
320
No
Success
Yes
Send agent server failure
Send agent server success
Terminate agent client
321
322
Terminate agent server
323
Send agent server reset messages

Figure 6




Figure 7




Figure 8

# SYSTEM AND METHOD FOR MIGRATING AN AGENT SERVER TO AN AGENT CLIENT DEVICE

## RELATED APPLICATIONS

This application is a continuation of and claims priority to U.S. patent application Ser. No. 12/629,945, filed Dec. 3, 2009, the disclosure of which is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

This disclosure relates to mobile agent networks and more particularly to managing data within the network.

## BACKGROUND OF THE INVENTION

Agents running on mobile devices within a region of interest (ROI) can move or copy themselves to other devices that enter the ROT. Typically, each mobile device acts on its own without any central authority or role in the ROI. Content acquired between various agents can be fragmented and/or duplicated as agents move from mobile to mobile within the ROI.

What is required is a system and method that can establish a distributed client/server relationship between various Agents that persist within a ROI in order to manage the integrity of the data collected over time by agent activity.

## SUMMARY OF THE INVENTION

In one aspect of the disclosure, there is provided a method for managing data integrity of one or more agent clients within a region of interest. The method comprises providing an agent server on a first device in the region of interest, storing data derived from at least one agent client with the agent server, and migrating the agent server and the stored data to a second device in the region of interest prior to the first device leaving the region of interest.

In one aspect of the disclosure, there is provided an agent server configured to provide at least one agent server service from a first device to at least one agent client on a second device in a region of interest, migrate from the first device to a third device, and provide the at least one agent server service from the third device to the at least one agent client on the second device.

In one aspect of the disclosure, there is provided a computer-readable medium comprising computer-executable instructions for execution by a first processor of a first device, that, when executed, cause the first processor to receive an agent client from a second processor executing an agent server, execute the agent client, receive an instance of the agent server from the second processor, and execute the agent server instance.

## BRIEF DESCRIPTION OF THE DRAWINGS

Reference will now be made, by way of example only, to specific embodiments and to the accompanying drawings in which:

FIG. **1** illustrates a network of agents including an agent server;

FIG. **2** illustrates a process for managing the network of agents;

FIG. **3** illustrates a message flow for distributing an agent client;



FIG. **4** illustrates a process flow for distributing an agent client;

FIG. **5** illustrates a message flow for migrating an agent server;

FIG. **6** illustrates a process flow for migrating an agent server;

FIG. **7** illustrates an interaction between processes of an agent client device and an agent server device; and

FIG. **8** illustrates an instruction set executable on the agent client device.

## DETAILED DESCRIPTION OF THE INVENTION

Early incarnations of agent applications draw from conventional client/server models. Modern agent-based solutions are typically architected in a different manner from traditional client/server solutions found on traditional web-based application models. An agent requires the use of other capable devices that are willing to participate within the ROI in order to persist itself. If all agents autonomously collect information from their sensors and behave independently or in concert with other agents toward a goal while also potentially moving among devices in order to persist presence within the ROI, the information collected can become redundant and/or fragmented and introduce unnecessary complexity or noise in decision-making processes.

A system **10** in accordance with an embodiment of the disclosure is illustrated in FIG. **1**. In the system **10**, there may be any number of devices **12**, **13** on which instances of a client agent (**14**, **17** respectively) are executed within a region of interest (ROI) **20**. Typically, the devices **12**, **13** will be mobile devices, such as cellular phones, personal digital assistants (PDA), netbooks, or laptops though in some cases, the devices **12** may be static devices. The devices **12**, **13** include a location provider **15** that enable the devices **12**, **13** to know their position. The location provider **15** may be capable of determining the device's location through any suitable means such as through GPS, cellular system, near field radio, digital/video camera, triangulation and the like.

There may be defined one agent that persists a centralized role and/or acts as a centralized server, termed an agent server **16** herein. The agent server **16** executes on a mobile device **18**, which may be any device similar to the devices **12**, **13**. The agent server **16** can be configured to provide lifecycle management within the ROI **20** and also actively manage incoming requests from Agent Client/Proxy instances. The agent server **16** implements server-side behaviors and accepts requests for those behaviors from Agent Client/Proxy instances. For their part, the agent client/proxies **13**, **17** may act as a simple proxy to the Agent Server **16** and/or can provide a programmatic interface to other applications executing on the client device (a service). The agents **14** use access to the client device's hardware and the Agent Server's ROI to accept/reject requests from other applications on the client device.

The agents **14** may communicate with the agent server through any suitable protocols and processes known to a person skilled in the art, such as (SOAP, XML, HTTP, HTTPS, etc) and it is not considered that further definition or description of these protocols and processes is required herein. Typically, an agent client **14**,**17** will continually seek an agent server, such as by repeatedly submitting an agent participation request as will be described below, until it receives a response from an agent server. The agent server response may tell the client it has entered the boundaries of a ROI.

A process for managing the network of agents is shown in the flowchart **100** of FIG. **2**. At step **101**, an agent server is provided on a first device in the region of interest. Data derived from at least one agent client within the region of interest is received and stored with the agent server (step **102**). When required, such as prior to the agent server device leaving the ROI, the agent server is migrated to a second device together with the stored data (step **103**). Data stored by the agent server may be data directly received from agent clients or may be data that is derived through analysis and interpretation of agent client data.

The agent server initially provides agent server services to agent clients within the network from the first device. After migration, the agent server **16** is able to continue providing the agent services from the device to which it has migrated. The services provided by the agent server **16** to the agent clients **14**, **17** will depend on the application and implementation of the agent client network. Examples of agent server services may include, without limitation, traffic congestion and traffic emergency management, fire emergency management and rescue management as well as many other location dependent or ROI dependent services.

As mentioned above, a function of the agent server **16** is to distribute client agents **14** across participant devices **12**. Message flow for this task is illustrated in FIG. **3** and the corresponding process is shown in the flowchart **200** of FIG. **4**. At commencement, it is assumed that the agent server **16** is running on Device1 **18** and that an agent client bootstrap code **33** is running on Device2 **12**. The bootstrap code **33** includes a loop in which Device2 **12** broadcasts an agent client participation request **41** from the device **12** (step **201**) and awaits an agent client activation request in response (step **203**). If no agent client activation request is received, then a timeout occurs (step **205**), a failure is recorded **207** and the bootstrap code returns to step **201**. Device2 may broadcast the participation request irrespective of whether it is in the ROI or not. The agent client participation request **41** specifies an ID of the device **12** and a location, as determined by the device's location provider.

The agent server **16** on Device1 **18** also executes a loop in which the agent server **16** waits for agent client participation requests **202** until a timeout occurs **204**. When Device2 enters the ROI, the participation request **41** is detected by the agent server **16** on Device1 **18** (step **206**) so that no timeout occurs at step **204**. The agent server **16** processes the broadcast participation request **41** and determines if Device2 is within the ROI (step **208**). If Device2 is not within the ROI, then the agent server **16** ignores the participation request and returns to step **202**. If Device2 is within the ROI, then the agent server **16** responds with an agent client activation request (step **210**) indicating the agent client ID and ROI and including a serialized instance of the agent client. The agent server **16** then waits for an agent client activation response **212** and records a failure **216** if a timeout occurs **214**.

If the agent client activation request **42** is received into Device2 before the timeout at step **205**, then the bootstrap code **33** processes the agent client activation request (step **209**) including deserializing and activating the agent client **14** (step **211**). If the agent client cannot be successfully activated, then a failure is recorded **207** and the client bootstrap returns to step **201**, thereby causing the timeout **214** in the agent server **16**. If the agent client **14** is successfully activated in Device2 **12** (step **213**), then the agent client **14** generates and sends an agent client activation response **43** to the agent server **16** (step **215**). The agent client activation response **43** indicates the agent client ID, the device ID of Device2 **12** and a success or failure indicator. If the agent client activation response **43** is received in the agent server **16** before the timeout **214**, then the agent server records the new agent client for the server **218**, including recording a reference that associates the device ID with the agent client ID. The Agent Server uses the reference for future communication with other activated agents in the ROI.



Once the Agent Server has distributed the Agent Client, the Agent Server and Agent Client form part of a framework for any number of application-specific features. The standard operating interaction between the agent server and the agent client will thus depend on the application (or the goal of the Agent) in the region. The Agent Server defines the boundary and existence of the ROI and provides a data aggregator for all Agent Clients in the ROI. Thus, when an agent client leaves the ROI, the data accumulated by the agent client is retained in the agent server which collectively manages all the fragments of information from the various agent clients.

There will be times when it is necessary for the agent server **16** to migrate from its device **18** to another device **12** in order for the agent server **16** to persist within the ROI **20**. Examples of when an agent server may need to migrate include an impending near-term hardware failure (power supply failure, decreased bandwidth, etc) or as a result in the user's change of command (e.g. when a fire chief enters the ROI for an emergency and needs to take charge). For example, with reference to FIG. **1**, the agent server **16** may be executing on Device1 **18** with instances of the agent client **13**,**17** executing on Device2 **12** and Device3 **13** respectively, all of which reside in the ROI **20**. FIG. **5** illustrates the message flow of one embodiment when the agent server **16** migrates to another device. A migration process is shown in the flowchart **300** of FIG. **6**. At step **302**, it is determined that the agent server **16** is to move from Device1 **18**. Candidate devices include any device currently hosting an agent client, since such devices all reside in the ROI, and a suitable device (e.g. Device2 **13**) is chosen at step **304**. At step **306**, the agent server **16** sends an agent server participation request **51** to the agent client **14** on Device2 **12**. The agent server participation request includes the device ID of Device2 **12** and the agent ID currently running on Device2. The agent server **16** waits for a response at step **308** while the agent client **14** receives the agent server participation request **51** at step **301** and determines if the device hosting the agent client **14**, i.e. Device2 **12** is capable of hosting the agent server **16** (step **303**). The agent client **14** sends an agent server participation response **52** indicating if Device2 can host the agent server (step **305**) or not (step **307**). The agent server participation response identifies the DeviceID of Device2 **12**, the agent ID of agent client **14** and a value indicating whether the agent client can receive the agent server. Possible values for this value may include YES, NO or NEVER.

If the agent client **14** indicates in the agent server participation response **52** that Device2 **12** is capable of hosting the agent server **16**, then the agent client **14** proceeds to wait for activity from the agent server **16** (step **309**). If the agent server participation response **52** received by the agent server **16** indicates that the agent client **14** is unable to host the agent server (step **310**), then a failure is recorded **312** and the agent server process returns to step **304** to search for a next possible candidate host. If the agent server participation response is deemed successful **310**, then agent server **16** begins preparations to migrate, including rejecting new service requests and resolving outstanding requests **314**. The

agent server **16** then sends an agent server activation request **53** to the agent client (step **316**), which includes a DeviceID of Device2, a serialized agent server and stored content of the agent server such as agent and device identities of other agents in the ROI, aggregated data collected from other agents, the ROI definition, etc. The agent server **16** then continues to reject further service requests while waiting for an activation response from the agent client **14** (step **318**).

The agent client **14** processes the agent client activation request **53** (step **311**) by deserializing and activating the agent server **50** on Device2 **12** (step **313**). An agent server activation response **54** is sent indicating whether the agent server was successfully activated (step **317**) or not (step **319**). If the agent server **16** receives a successful indication (step **320**), then the agent server **16** is terminated on Device1 **16** (step **322**) or placed on standby. Otherwise, the agent server **16** resumes agent server processing **324** and returns to step **304** to seek another potential candidate device for hosting the agent server.

Once the agent server **50** is successfully activated on the new device, i.e. Device2 **12**, then the agent client **14** currently running on the device is terminated **321** and agent server reset messages **55** are sent to other agent clients on the network, such as agent client **17** running on Device3 **13**. The agent server reset messages indicate the old device ID and the new device ID, i.e. Device1 and Device2 respectively, as well as the agent ID of the new agent server **50**. The agent server reset message thus causes the agent client **17** on Device3 **13** to reference the new agent server **50** on Device2 **12**. Device3 can then continue receiving agent server services from the agent server, albeit from the new device (Device2).

Because the agent server can migrate with its collected data between devices, the agent server's movement does not necessarily have to impact the integrity of the agent data collected over time by other agents also within the ROI. Furthermore, since the agent clients communicate data to only a single agent server, redundant information between Agents within a ROI can be reduced or eliminated and the agent server can preserve information exclusive to one Agent within the ROI as the Agent leaves the ROI.

The components of the system **10** may be embodied in hardware, software, firmware or a combination of hardware, software and/or firmware. In a hardware embodiment, Device2 **12** may include a processor **61** operatively associated with a memory **62** as shown in FIG. **7**. The memory **62** may store an instruction set **400** executable by the processor **61** which may include the bootstrap code described above. When executed, the instruction set **400**, shown in FIG. **8**, causes the processor to receive an agent client from a processor **71** that is executing an agent server, such as a processor of Device1 **18**. The processor **61** may receive the agent client instance (step **401**) from the processor **71** through any suitable communications link **65** of the network. Once received, the processor **61** executes the agent client (step **402**). At some later time when the agent server migrates, the processor **61** may receive an instance of the agent server from the Device1 processor **71** (step **403**) and execute the agent server instance (step **404**). Receiving and executing the agent server instance may cause the Device2 processor **61** to terminate the agent client on the processor **61**. The Device2 processor **61** may also notify a third processor (not shown) such as a processor of Device3 **13** to cause the third processor to associate the agent server with Device2 so that Device2 is able to provide agent server services to an agent client on Device3.

Although embodiments of the present invention have been illustrated in the accompanied drawings and described in the foregoing description, it will be understood that the invention is not limited to the embodiments disclosed, but is capable of numerous rearrangements, modifications, and substitutions without departing from the spirit of the invention as set forth and defined by the following claims. For example, the capabilities of the invention can be performed fully and/or partially by one or more of the blocks, modules, processors or memories. Also, these capabilities may be performed in the current manner or in a distributed manner and on, or via, any device able to provide and/or receive information. Further, although depicted in a particular manner, various modules or blocks may be repositioned without departing from the scope of the current invention. Still further, although depicted in a particular manner, a greater or lesser number of modules and connections can be utilized with the present invention in order to accomplish the present invention, to provide additional known features to the present invention, and/or to make the present invention more efficient. Also, the information sent between various modules can be sent between the modules via at least one of a data network, the Internet, an Internet Protocol network, a wireless source, and a wired source and via plurality of protocols.

What is claimed is:

**1**. A method, comprising:

determining, at an agent server device, a need to migrate an agent server to an agent client device;

transmitting an agent server participation request from the agent server device to the agent client device;

receiving, at the agent server device from the agent client device, an agent server participation response to the agent server participation request;

rejecting, at the agent server device, new service requests in response to the agent server participation response;

migrating the agent server from the agent server device to the agent client device in response to the agent server participation response; and

terminating execution of the agent server on the agent server device based, at least in part, on migrating the agent server from the agent server device to the agent client device.

**2**. The method of claim **1**, wherein the agent server participation request includes a device identification identifying the agent client device, an agent identification identifying an instance of the agent server executing on the agent client device, or a combination thereof.

**3**. The method of claim **2**, wherein the agent server participation response includes a device identification identifying the agent client device, an agent server identification identifying the agent server device, a value indicating whether the agent client device can execute the agent server, or a combination thereof.

**4**. The method of claim **1**, wherein determining, at the agent server device, the need to migrate the agent server to the agent client device is based, at least in part, on the agent server device or the agent client device being geographically located in a region of interest.

**5**. The method of claim **1**, further comprising:

identifying the agent client device from a plurality of capable devices geographically located in a region of interest.

**6**. The method of claim **1**, wherein rejecting, at the agent server device, the new service requests includes resolving outstanding service requests.

**7**. The method of claim **1**, further comprising:

transmitting an agent server activation request to the agent client device in response to receiving the agent server participation response indicating acceptance of the agent server participation request.

**8**. The method of claim **7**, wherein the agent server activation request includes an identification of the agent client device, a serialized agent server, stored content of the agent server, identification of agents in a region of interest, aggregated data collected from the agents in the region of interest, a definition of the region of interest, or a combination thereof.

**9**. An agent server device, comprising:

a memory device configured to store instructions that implement an agent server; and

a processing device configured to execute the instructions stored in the memory device to:

determine a need to migrate execution of the agent server to an agent client device;

transmit an agent server participation request from the agent server device to the agent client device;

reject new service requests in response to receiving an agent server participation response;

migrate the agent server from the agent server device to the agent client device in response to the agent server participation response; and

terminate execution of the agent server on the agent server device based, at least in part, on migrating the agent server from the agent server device to the agent client device.

**10**. The agent server device of claim **9**, wherein the agent server participation request includes a device identification identifying the agent client device, an agent identification identifying an instance of the agent server executing on the agent client device, or a combination thereof.

**11**. The agent server device of claim **9**, wherein the agent server participation response includes a device identification identifying the agent client device, an agent server identification identifying the agent server device, a value indicating whether the agent client device can execute the agent server, or a combination thereof.

**12**. The agent server device of claim **9**, wherein the processing device is configured to execute the instructions stored in the memory device further to determine the need to migrate the agent server to the agent client device based, at least in part, on the agent server device or the agent client device being geographically located in a region of interest.

**13**. The agent server device of claim **9**, wherein the processing device is configured to execute the instructions stored in the memory device further to identify the agent client device from a plurality of capable devices geographically located in a region of interest.

**14**. The agent server device of claim **9**, wherein the processing device is configured to execute the instructions stored in the memory device further to transmit an agent server activation request to the agent client device in response to receiving the agent server participation response indicating acceptance of the agent server participation request.

**15**. The agent server device of claim **14**, wherein the agent server activation request includes an identification of the agent client device, a serialized agent server, stored content of the agent server, identification of agents in a region of interest, aggregated data collected from the agents in the region of interest, a definition of the region of interest, or a combination thereof.

**16**. A method, comprising:

receiving, at an agent client device, an agent server participation request from an agent server device;

determining, at the agent client device, whether the agent client device is able to host an agent server to be migrated from the agent server device;

transmitting an agent server participation response from the agent client device to the agent server device in response to determining that the agent client device is able to host the agent server;

processing at the agent client device, an agent server activation request including agent server migration data, the agent server activation request received from the agent server device;

activating the agent server on the agent client device using the agent server migration data from the agent server activation request;

transmitting an agent server success response to indicate successful activation of the agent server on the agent client device, the agent server success response transmitted to the agent server device in response to the agent server activation request; and

terminating an agent client executing on the agent client device in response to the server activation request and after the successful activation of the agent server on the agent client device.

**17**. The method of claim **16**, wherein the agent server migration data includes first data that includes a serialized instance of the agent server and second data that is different than the first data.

**18**. The method of claim **17**, wherein the second data includes a device identification identifying the agent client device, an agent server identification identifying the agent server device, a value indicating whether the agent client device can execute the agent server, or a combination thereof.

**19**. The method of claim **17**, wherein the second data includes identification of agents in a region of interest, aggregated data collected from the agents in the region of interest, a definition of the region of interest, or a combination thereof.

**20**. The method of claim **17**, further comprising deserializing the agent server instance of the first data.

* * * * *