# Exhibit 10

**Example Infringement Claim Chart For**
**Aldi Inc. Systems and Services**
**U.S. Patent No. 7,257,582 ("the '582 Patent" or "Asserted Patent")**

The Accused Systems and Services include without limitation Aldi Inc. systems and services that utilize Spark and/or PySpark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Aldi Inc. systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Aldi Inc. Systems and Service" or "Aldi USA Systems and Services").[1]

Upon information and belief, Aldi Inc. Systems and Services (also referred to Aldi USA/ALDI hereafter) directly infringes the asserted claims of the Asserted Patent through at least making and using its various systems. Aldi Inc. Systems and Services also is a direct infringer through use via testing the claimed system. With regards to making the accused system, to the extent Aldi Inc. Systems and Services utilizes a non-licensed public cloud provider, Aldi Inc. Systems and Services directs and controls and derives the beneficial use of making/using the claimed system. On information and belief, Aldi Inc. also directly infringes the asserted claims of the Asserted Patent by selling and offering to sell Aldi Inc. Systems and Services through the Aldi Inc's various offerings to its customers. On information and belief, Aldi Inc. Systems and Services also indirectly infringe the Asserted Patent through direct infringement of the Aldi Inc. customer's infringement that utilize the Aldi Inc's offerings and Aldi Inc. Systems and Services. Aldi Inc. induces direct infringement through its customers' use of Aldi Inc's Systems and Services. Aldi Inc. provides instructions on how to use its various offerings, the use of which results in the performance of the Asserted Patent claims.

ALDI Inc. is the legal entity operating ALDI's retail business in the United States. The ALDI U.S. Terms of Use identifies ALDI Inc. as the legal entity associated with the ALDI U.S. website (https://corporate.aldi.us/newsroom/terms-of-use). Company profile information similarly identifies ALDI Inc. as the U.S. operating company (https://www.globaldata.com/company-profile/aldi-inc/).

---

[1] For the avoidance of doubt, Counterclaim-Plaintiffs do not accuse the public clouds of Counterclaim-Defendant, to the extent those services are provided by a cloud provider with a license to Counterclaim-Plaintiffs' patents that covers Counterclaim-Defendant's activities. Counterclaim-Plaintiffs will produce relevant license agreements in this litigation. Counterclaim-Plaintiffs accuse Counterclaim-Defendant private clouds that implement Spark and non-licensed public clouds that Counterclaim-Defendant uses to support Spark for its systems and services. Counterclaim-Plaintiffs will provide relevant license agreements for cloud providers in discovery, to the extent any such license agreements have not already been produced. To the extent any of these licenses are relevant to Counterclaim-Defendant's activities, Counterclaim-Plaintiffs will meet and confer with Counterclaim-Defendant about the impact of such license(s).

Corporate Sustainability | Newsroom | Real Estate | Suppliers | Careers | About Us

Home > Newsroom > Terms of Use

# Terms of Use

If you use this website, you represent that you are over 18 years of age and have agreed to all of the Terms of Use that are described in these Terms of Use. ALDI Inc. may deny access to anyone at its discretion for any reason including the violation of any of the Terms of Use. At any time ALDI Inc. may modify the Terms of Use effective upon posting to the website. By accessing other websites through links provided in this website, you have agreed to abide by the additional terms of use specified in those sites. Use of such links to other websites is solely for your convenience and at your risk. ALDI Inc. does not endorse and is not responsible for the content of any linked sites. Any link that you make to this site does not and shall not imply that ALDI Inc. sponsors or endorses your site. Other websites may freely provide links to the home page of the website, provided that they are not "deep" links (i.e., links other than to the home page of the site), and provided further that they are not "framed," surrounded or obfuscated by other non-ALDI content, materials or branding. We may insist that any link to the site be discontinued, and to revoke your right to link to the site at any time upon written notice to you.

Source: https://corporate.aldi.us/newsroom/terms-of-use

## Aldi Inc: Overview

Share

Overview
Segment Analysis
Executives
SWOT Analysis
Locations
Competitors
Deals
Patents

Aldi Inc (Aldi), a subsidiary of Aldi Einkauf SE & Co oHG, is a retailer that owns and operates discount grocery stores. The company's stores offer food products and beverages, baby care, household goods, personal care, fruits and vegetables, pantry products, pet food, frozen food, meat, and sea food. The company also offers a wide range of wines and beers. It markets products under Little Journey, Elevation, Winking Owl Wine, Barissimo Coffee, liveGfree, Simply Nature, Never Any, Fit & Active, Pueblo Lindo, and Specially Selected brand names. countries spanning Europe, North America, Oceania, and Asia. Aldi is headquartered in Batavia, Illinois, the US.

Gain a 360-degree view of Aldi Inc and make more informed decisions for your business — Learn more

| Headquarters | Website | No of Employees |
|---|---|---|
| United States of America | www.aldi.us | 45,000 |

Source: https://www.globaldata.com/company-profile/aldi-inc/

On information and belief, Aldi Inc. Systems and Services use Spark and/or PySpark in public and/or private cloud(s). For example, Aldi Inc. posts, or has hired personnel that require familiarity with Spark technology.

- Example of a LinkedIn profile that mentions the use of PySpark as a Big Data Engineer at ALDI USA.




Source: https://www.linkedin.com/in/charumathi-rajagopal-5b7497117/.

- Example of a personnel working as a Senior Data Engineer at Aldi USA whose position mentions working on data transformation with RDD and Data Frames using PySpark.

**Armelle Ngyala**
Data Engineer - AWS Cloud - SQL - Python - PySpark - AWS Glue - Cloud Formation - Athena - S3

## Experience

**Senior Data Engineer**
ALDI USA · Full-time
2022 - Present · 4 yrs 7 mos
Hybrid

- Managed the technical development of big data applications, fully leveraged data to make fact-driven decisions, and worked with business stakeholders and other experts to build/optimize data pipelines.
- Thought leadership and consultative support to all data and software activities within data engineering.
- Supported the team in solving complex problems involving multiple facets, variables, and situations.
- Have hands-on experience in reading data from Rest API using Python programming.
- Have an excellent understanding of Hadoop Architecture
- Involved in end-to-end project management activities from requirement gathering to
- closure & monitoring.
- Worked with PySpark RDD & Data frames for data transformation.
- AWS Glue ETL jobs were created in Glue Studio to process the data with various transformations before loading it into S3, Redshift, and RDS.
- Staged multiple datasets for the project in S3 which will be consumed in Athena.
- Implemented robust monitoring and alerting systems using CloudWatch to proactively identify and address any issues or bottlenecks in data processing pipelines, ensuring high availability and reliability of the data infrastructure.

Source: https://www.linkedin.com/in/armelle-ngyala-95b834248/.

- Example of a personnel working as a Data Engineer at Aldi USA whose position mentions one of the skill as Spark and PySpark.







Source: https://www.linkedin.com/in/jakubmarek1/.

As another example, public information indicates that Aldi USA (Aldi Inc.) has undertaken initiatives to modernize and migrate its enterprise infrastructure. For example, a current employee of Aldi USA working as Data Engineer describes focusing on migration of data systems by leveraging cloud technology. (https://www.linkedin.com/in/charumathi-rajagopal-5b7497117/). Similarly, a former Data Engineer notes performing the migration of several Databases, Application and Web servers from on-premises environments to cloud environment during his work from 2021-23. (https://www.linkedin.com/in/husain-dewaswala-b17b09245/). As another example, Aldi Inc. has publicly disclosed its ongoing enterprise-wide cloud transformation and modernization initiatives. Atlassian describes ALDI's migration of more than 7,000 grocery stores to modern cloud-based systems, explaining that ALDI relied extensively on Jira Automation to coordinate large-scale digital transformation activities across its retail operations. This migration demonstrates ALDI's continued investment in cloud-native infrastructure, enterprise software modernization, and automated application deployment on a global scale (https://www.atlassian.com/blog/jira/how-aldi-leverages-jira-for-digital-success). Further, publicly available LinkedIn profiles of engineers working within ALDI USA indicate that ALDI continues to operate a hybrid technology environment spanning both cloud-based and on-premises infrastructure.

Collectively, these publicly available profiles support the inference that ALDI Inc. continues to operate legacy on-premises systems while simultaneously expanding cloud-based infrastructure, consistent with a hybrid cloud architecture in which workloads and enterprise applications are distributed across both traditional on-premises environments and modern cloud platforms.

On information and belief, other information confirms Aldi Inc. Systems and Services uses Spark technology. [2]

[2] All sources cited in this document were publicly accessible as of the filing date of the Answer and Counterclaims.

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| 1. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of: | To the extent this preamble is limiting, on information and belief, Aldi Inc. Systems and Services practice a method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks.<br><br>For Example, Spark includes a Cluster Mode where it connects to multiple cluster managers that allocate resources across applications. For example, Spark uses executors on nodes in the clusters to run tasks corresponding to an input file/data set that has been transformed into a resilient distributed dataset (RDD).<br><br>**Components**<br><br>Spark applications run as independent sets of processes on a cluster, coordinated by the `SparkContext` object in your main program (called the *driver program*).<br><br>Specifically, to run on a cluster, the SparkContext can connect to several types of *cluster managers* (either Spark's own standalone cluster manager, Mesos, YARN or Kubernetes), which allocate resources across applications. Once connected, Spark acquires *executors* on nodes in the cluster, which are processes that run computations and store data for your application. Next, it sends your application code (defined by JAR or Python files passed to SparkContext) to the executors. Finally, SparkContext sends *tasks* to the executors to run.<br><br>Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html |

| **U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)** | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |




Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html

<table>
<tr><th colspan="2">U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td>(a) automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions;</td><td>On information and belief, Aldi Inc. Systems and Services practice automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions.<br><br>Spark creates an RDD from datasets including files. This process includes forming a logical division of the datasets. An RDD results in an automatic file allocation across multiple nodes in a cluster, so that the nodes of the cluster can operate on the RDD in parallel.<br><br>Resilient Distributed Datasets (RDDs)<br><br>Spark revolves around the concept of a resilient distributed dataset (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: parallelizing an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br><br>Overview<br><br>At a high level, every Spark application consists of a driver program that runs the user's <code>main</code> function and executes various parallel operations on a cluster. The main abstraction Spark provides is a resilient distributed dataset (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to persist an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br><br>One important parameter for parallel collections is the number of partitions to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to <code>parallelize</code> (e.g. <code>sc.parallelize(data, 10)</code>). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html</td></tr>
</table>

| **U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)** | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| (b) distributing descriptions of all of said partitions to each of a plurality of subtask processors | On information and belief, Aldi Inc. Systems and Services practice distributing descriptions of all of said partitions to each of a plurality of subtask processors.<br><br>Spark distributes partitions to clusters which includes multiple machines or nodes for processing. For example, Spark prepares jobs to perform work on the partitions. Jobs are divided into stages, and stages are divided into tasks, with one task assigned for each partition.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br><br>One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html |

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | Apache Spark's Resilient Distributed Datasets (RDD) are a collection of various data that are so big in size, that they cannot fit into a single node and should be partitioned across various nodes. Apache Spark automatically partitions RDDs and distributes the partitions across different nodes. They are evaluated lazily (i.e, the execution will not start until an action is triggered which increases manageability, saves computation and thus increases optimization and speed) and the transformations are stored as directed acyclic graphs (DAG). So, every action on the RDD will make Apache Spark recompute the DAG.<br><br>Source: https://www.talend.com/resources/intro-apache-spark-partitioning/. |
| (c) simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output and; | On information and belief, Aldi Inc. Systems and Services practice simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output.<br><br>Spark worker nodes simultaneously execute at least one task relating to the partition.<br><br>**Components**<br><br>Spark applications run as independent sets of processes on a cluster, coordinated by the `SparkContext` object in your main program (called the *driver program*).<br><br>Specifically, to run on a cluster, the SparkContext can connect to several types of *cluster managers* (either Spark's own standalone cluster manager, Mesos, YARN or Kubernetes), which allocate resources across applications. Once connected, Spark acquires *executors* on nodes in the cluster, which are processes that run computations and store data for your application. Next, it sends your application code (defined by JAR or Python files passed to SparkContext) to the executors. Finally, SparkContext sends *tasks* to the executors to run.<br><br>Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html |

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | <br>Source: [https://spark.apache.org/docs/4.0.0/cluster-overview.html](https://spark.apache.org/docs/4.0.0/cluster-overview.html)<br><br>In Spark, each stage is built from transformations that can be done in a row, without the need for shuffle (narrow transformations). To recap, stages are created based on chunks of processing that can be done in a parallel manner, without shuffling things around again.<br><br><br>Source: [https://engineering.salesforce.com/how-to-optimize-your-apache-spark-application-with-partitions-257f2c1bb414/](https://engineering.salesforce.com/how-to-optimize-your-apache-spark-application-with-partitions-257f2c1bb414/). |

<table>
<tr><th colspan="2">U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td></td><td>

Spark's tasks relating to each partition are being executed in parallel by the worker nodes.

There are several useful things to note about this architecture:

1. Each application gets its own executor processes, which stay up for the duration of the whole application and run tasks in multiple threads. This has the benefit of isolating applications from each other, on both the scheduling side (each driver schedules its own tasks) and executor side (tasks from different applications run in different JVMs). However, it also means that data cannot be shared across different Spark applications (instances of SparkContext) without writing it to an external storage system.

Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html




Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html

</td></tr>
</table>

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | In Spark, data is generally not distributed across partitions to be in the necessary place for a specific operation. During computations, a single task will operate on a single partition – thus, to organize all the data for a single `reduceByKey` reduce task to execute, Spark needs to perform an all-to-all operation. It must read from all partitions to find all the values for all keys, and then bring together values across partitions to compute the final result for each key – this is called the **shuffle**.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br><br>The **Shuffle** is an expensive operation since it involves disk I/O, data serialization, and network I/O. To organize data for the shuffle, Spark generates sets of tasks – *map* tasks to organize the data, and a set of *reduce* tasks to aggregate it. This nomenclature comes from MapReduce and does not directly relate to Spark's `map` and `reduce` operations.<br><br>Internally, results from individual map tasks are kept in memory until they can't fit. Then, these are sorted based on the target partition and written to a single file. On the reduce side, tasks read the relevant sorted blocks.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html |

<table>
<tr><th colspan="2">U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td></td><td>

## Parallelized Collections

Python | Scala | Java

Parallelized collections are created by calling `SparkContext`'s `parallelize` method on an existing iterable or collection in your driver program. The elements of the collection are copied to form a distributed dataset that can be operated on in parallel. For example, here is how to create a parallelized collection holding the numbers 1 to 5:

```
data = [1, 2, 3, 4, 5]
distData = sc.parallelize(data)
```

Once created, the distributed dataset (`distData`) can be operated on in parallel. For example, we can call `distData.reduce(lambda a, b: a + b)` to add up the elements of the list. We describe operations on distributed datasets later on.

One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.

Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html
</td></tr>
<tr><td>(d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis; and</td><td>On information and belief, Aldi Inc. Systems and Services practice repeating step (c) in at least some of the subtask processors, each with another unprocessed partition on a first-come/first-served basis.<br><br>Spark task output produced by each worker node is combined to produce processed output for the related partition.</td></tr>
</table>

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | The simplest option, available on all cluster managers, is *static partitioning* of resources. With this approach, each application is given a maximum amount of resources it can use and holds onto them for its whole duration. This is the approach used in Spark's standalone and YARN modes, as well as the coarse-grained Mesos mode. Resource allocation can be configured as follows, based on the cluster type:<br>• **Standalone mode:** By default, applications submitted to the standalone mode cluster will run in FIFO (first-in-first-out) order, and each application will try to use all available nodes. You can limit the number of nodes an application uses by setting the `spark.cores.max` configuration property in it, or change the default for applications that don't set this setting through `spark.deploy.defaultCores`. Finally, in addition to controlling cores, each application's `spark.executor.memory` setting controls its memory use.<br>Source: https://spark.apache.org/docs/4.0.0/job-scheduling.html<br>1 **Available resources in your cluster**<br>Spark's official recommendation is that you have ~3x the number of partitions than available cores in cluster, to maximize parallelism along side with the overhead of spinning more executors. But this is not quite so straight forward. If our tasks are rather simple (taking less than a second), we might want to consider decreasing our partitions (to avoid the overhead), even if it means less than 3x. We should also take under consideration the memory of each executor, and make sure we are not exceeding it. If we do, we might want to create more partitions, even if it's more than 3x our available cores, so that each will be smaller, or increase the memory of our executors.<br>Source: https://engineering.salesforce.com/how-to-optimize-your-apache-spark-application-with-partitions-257f2c1bb414/. |

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | <br>Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html<br>**Scheduling Within an Application**<br>Inside a given Spark application (SparkContext instance), multiple parallel jobs can run simultaneously if they were submitted from separate threads. By "job", in this section, we mean a Spark action (e.g. `save`, `collect`) and any tasks that need to run to evaluate that action. Spark's scheduler is fully thread-safe and supports this use case to enable applications that serve multiple requests (e.g. queries for multiple users).<br>By default, Spark's scheduler runs jobs in FIFO fashion. Each job is divided into "stages" (e.g. map and reduce phases), and the first job gets priority on all available resources while its stages have tasks to launch, then the second job gets priority, etc. If the jobs at the head of the queue don't need to use the whole cluster, later jobs can start to run right away, but if the jobs at the head of the queue are large, then later jobs may be delayed significantly.<br>Source: https://spark.apache.org/docs/4.0.0/job-scheduling.html |

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| (e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks. | On information and belief, Aldi Inc. Systems and Services practice generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks.<br><br>Spark task output produced by each worker node is combined to produce final processed output for the corresponding partition.<br><br>**RDD Operations**<br><br>RDDs support two types of operations: *transformations*, which create a new dataset from an existing one, and *actions*, which return a value to the driver program after running a computation on the dataset. For example, `map` is a transformation that passes each dataset element through a function and returns a new RDD representing the results. On the other hand, `reduce` is an action that aggregates all the elements of the RDD using some function and returns the final result to the driver program (although there is also a parallel `reduceByKey` that returns a distributed dataset).<br><br>All transformations in Spark are *lazy*, in that they do not compute their results right away. Instead, they just remember the transformations applied to some base dataset (e.g. a file). The transformations are only computed when an action requires a result to be returned to the driver program. This design enables Spark to run more efficiently. For example, we can realize that a dataset created through `map` will be used in a `reduce` and return only the result of the `reduce` to the driver, rather than the larger mapped dataset.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br><br>The **Shuffle** is an expensive operation since it involves disk I/O, data serialization, and network I/O. To organize data for the shuffle, Spark generates sets of tasks - *map* tasks to organize the data, and a set of *reduce* tasks to aggregate it. This nomenclature comes from MapReduce and does not directly relate to Spark's `map` and `reduce` operations.<br><br>Internally, results from individual map tasks are kept in memory until they can't fit. Then, these are sorted based on the target partition and written to a single file. On the reduce side, tasks read the relevant sorted blocks.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html |

| **U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)** | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| 2. The method defined in claim 1 wherein the automatic determination of file allocation and logical subdivision of records of said input file into said plurality of partitions in step (a) and the distribution of the description of all of said partitions in step (b) is carried out with at least one further processor in addition to the subtask processors. | On information and belief, Aldi Inc. Systems and Services practice the method of claim 1. See claim 1. On information and belief, Aldi Inc. Systems and Services further practice the automatic determination of file allocation and logical subdivision of records of said input file into said plurality of partitions in step (a) and the distribution of the description of all of said partitions in step (b) is carried out with at least one further processor in addition to the subtask processors.<br><br>Spark distributes partitions to clusters which includes multiple machines or nodes for processing. For example, Spark prepares jobs to perform work on the partitions. Jobs are divided into stages, and stages are divided into tasks, with one task assigned for each partition.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br><br>One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html |

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | <br>Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html<br><br>Apache Spark's Resilient Distributed Datasets (RDD) are a collection of various data that are so big in size, that they cannot fit into a single node and should be partitioned across various nodes. Apache Spark automatically partitions RDDs and distributes the partitions across different nodes. They are evaluated lazily (i.e, the execution will not start until an action is triggered which increases manageability, saves computation and thus increases optimization and speed) and the transformations are stored as directed acyclic graphs (DAG). So, every action on the RDD will make Apache Spark recompute the DAG.<br><br>Source: https://www.talend.com/resources/intro-apache-spark-partitioning/. |

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| 5. The method defined in claim 1 wherein the output in step (e) is an accumulation of output records from said subtasks in an arbitrary order. | On information and belief, Aldi Inc. Systems and Services practice the method of claim 1. See claim 1. On information and belief, Aldi Inc. Systems and Services further practice the output in step (e) is an accumulation of output records from said subtasks in an arbitrary order.<br><br>Spark task output produced by each worker node is combined to produce final processed output for the corresponding partition.<br><br>**RDD Operations**<br><br>RDDs support two types of operations: *transformations*, which create a new dataset from an existing one, and *actions*, which return a value to the driver program after running a computation on the dataset. For example, `map` is a transformation that passes each dataset element through a function and returns a new RDD representing the results. On the other hand, `reduce` is an action that aggregates all the elements of the RDD using some function and returns the final result to the driver program (although there is also a parallel `reduceByKey` that returns a distributed dataset).<br><br>All transformations in Spark are *lazy*, in that they do not compute their results right away. Instead, they just remember the transformations applied to some base dataset (e.g. a file). The transformations are only computed when an action requires a result to be returned to the driver program. This design enables Spark to run more efficiently. For example, we can realize that a dataset created through `map` will be used in a `reduce` and return only the result of the `reduce` to the driver, rather than the larger mapped dataset.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br><br>The **Shuffle** is an expensive operation since it involves disk I/O, data serialization, and network I/O. To organize data for the shuffle, Spark generates sets of tasks – *map* tasks to organize the data, and a set of *reduce* tasks to aggregate it. This nomenclature comes from MapReduce and does not directly relate to Spark's `map` and `reduce` operations.<br><br>Internally, results from individual map tasks are kept in memory until they can't fit. Then, these are sorted based on the target partition and written to a single file. On the reduce side, tasks read the relevant sorted blocks.<br><br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html |

<table>
<tr><th colspan="2">U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td></td><td>
Actions<br>
The following table lists some of the common actions supported by Spark. Refer to the RDD API doc (Python, Scala, Java, R) and pair RDD functions doc (Scala, Java) for details.<br>
<table>
<tr><th>Action</th><th>Meaning</th></tr>
<tr><td>reduce(func)</td><td>Aggregate the elements of the dataset using a function func (which takes two arguments and returns one). The function should be commutative and associative so that it can be computed correctly in parallel.</td></tr>
<tr><td>collect()</td><td>Return all the elements of the dataset as an array at the driver program. This is usually useful after a filter or other operation that returns a sufficiently small subset of the data.</td></tr>
</table>
Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html
</td></tr>
<tr><td>7. The method defined in claim 1 wherein said input file resides on a network-attached storage and is derived therefrom.</td><td>
On information and belief, Aldi Inc. Systems and Services practice the method of claim 1. See claim 1. On information and belief, Aldi Inc. Systems and Services further practice the input file resides on a network-attached storage and is derived therefrom.<br><br>
On information and belief, Spark includes functionality for receiving input file/data sets that are then transformed into a resilient distributed dataset (RDD). These input file/data sets involve network storage, for example files stored in network memory or streaming applications involving input stored on a network storage.<br><br>
Components<br>
Spark applications run as independent sets of processes on a cluster, coordinated by the SparkContext object in your main program (called the driver program).<br><br>
Specifically, to run on a cluster, the SparkContext can connect to several types of cluster managers (either Spark's own standalone cluster manager, Mesos, YARN or Kubernetes), which allocate resources across applications. Once connected, Spark acquires executors on nodes in the cluster, which are processes that run computations and store data for your application. Next, it sends your application code (defined by JAR or Python files passed to SparkContext) to the executors. Finally, SparkContext sends tasks to the executors to run.<br><br>
Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html
</td></tr>
</table>

| U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | <br><br>Source: https://spark.apache.org/docs/4.0.0/cluster-overview.html<br>**Overview**<br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html<br>**Resilient Distributed Datasets (RDDs)**<br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br>Source: https://spark.apache.org/docs/4.0.0/rdd-programming-guide.html |

<table>
<tr><th colspan="2">U.S. Patent No. 7,257,582 (Claim 1, 2, 5, 7)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td></td><td>

## Overview

Spark Streaming is an extension of the core Spark API that enables scalable, high-throughput, fault-tolerant stream processing of live data streams. Data can be ingested from many sources like Kafka, Kinesis, or TCP sockets, and can be processed using complex algorithms expressed with high-level functions like `map`, `reduce`, `join` and `window`. Finally, processed data can be pushed out to filesystems, databases, and live dashboards. In fact, you can apply Spark's machine learning and graph processing algorithms on data streams.




Source: https://spark.apache.org/docs/4.0.0/streaming-programming-guide.html#overview
</td></tr>
</table>