# Exhibit 11

**Example Infringement Claim Chart For**
**Aldi Inc. Systems and Services**
**U.S. Reissue Patent RE48,894 ("the RE894 Patent" or "Asserted Patent")**

The Accused Systems and Services include without limitation Aldi Inc. ("Aldi Inc." or "Defendant") Systems and Services that utilize Kafka; all past, current, and future Systems and Services that operate in the same or substantially similar manner as the specifically identified Systems and Services; and all past, current, and future Aldi Inc. Systems and Services that have the same or substantially similar features as the specifically identified Systems and Services ("Example Aldi Inc. Systems and Services" or "Aldi USA Systems and Services").[1]

Upon information and belief, Aldi Inc. Systems and Services (also referred to Aldi USA/Aldi hereafter) directly infringes the asserted claims of the Asserted Patent through at least making and using its various systems. Aldi Inc. Systems and Services also is a direct infringer through use via testing the claimed system. With regards to making the accused system, to the extent Aldi Inc. Systems and Services utilizes a non-licensed public cloud provider, Aldi Inc. Systems and Services directs and controls and derives the beneficial use of making/using the claimed system. On information and belief, Aldi Inc. also directly infringes the asserted claims of the Asserted Patent by selling and offering to sell Aldi Inc. Systems and Services through Aldi Inc. and Aldi Inc's various offerings to its customers. On information and belief, Aldi Inc. Systems and Services also indirectly infringes the Asserted Patent through direct infringement of Aldi Inc. and Aldi Inc. customer's infringement that utilize Aldi Inc. and Aldi Inc's offerings and Aldi Inc. Systems and Services. Aldi Inc. induces the direct infringement through its customers' use of Aldi Inc's Systems and Services. Aldi Inc. provides instructions on how to use its various offerings, the use of which results in the performance of the Asserted Patent claims.

ALDI Inc. is the legal entity operating ALDI's retail business in the United States. The ALDI U.S. Terms of Use identifies ALDI Inc. as the legal entity associated with the ALDI U.S. website (https://corporate.aldi.us/newsroom/terms-of-use). Company profile information similarly identifies ALDI Inc. as the U.S. operating company (https://www.globaldata.com/company-profile/aldi-inc/).

[1] Counterclaim-Plaintiffs do not accuse the public clouds of Counterclaim-Defendant, to the extent those services are provided by a cloud provider with a license to Counterclaim-Plaintiffs' patents that covers Plaintiff's activities. Counterclaim-Plaintiffs accuse Counterclaim-Defendant private clouds that implement Kafka and non-licensed public clouds that Counterclaim-Defendant uses to support Kafka for its systems and services. Counterclaim-Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Plaintiff's activities, Counterclaim-Plaintiffs will meet and confer with Counterclaim-Defendant about the impact of such license(s). Once a protective order is entered into the case, Counterclaim-Plaintiffs will provide further details.

Corporate Sustainability Newsroom Real Estate Suppliers Careers About Us

Home > Newsroom > Terms of Use

# Terms of Use

If you use this website, you represent that you are over 18 years of age and have agreed to all of the Terms of Use that are described in these Terms of Use. ALDI Inc. may deny access to anyone at its discretion for any reason including the violation of any of the Terms of Use. At any time ALDI Inc. may modify the Terms of Use effective upon posting to the website. By accessing other websites through links provided in this website, you have agreed to abide by the additional terms of use specified in those sites. Use of such links to other websites is solely for your convenience and at your risk. ALDI Inc. does not endorse and is not responsible for the content of any linked sites. Any link that you make to this site does not and shall not imply that ALDI Inc. sponsors or endorses your site. Other websites may freely provide links to the home page of the website, provided that they are not “deep” links (i.e., links other than to the home page of the site), and provided further that they are not “framed,” surrounded or obfuscated by other non-ALDI content, materials or branding. We may insist that any link to the site be discontinued, and to revoke your right to link to the site at any time upon written notice to you.

Source: https://corporate.aldi.us/newsroom/terms-of-use

## Aldi Inc: Overview

Share

- Overview
- Segment Analysis
- Executives
- SWOT Analysis
- Locations
- Competitors
- Deals
- Patents

Aldi Inc (Aldi), a subsidiary of Aldi Einkauf SE & Co oHG, is a retailer that owns and operates discount grocery stores. The company's stores offer food products and beverages, baby care, household goods, personal care, fruits and vegetables, pantry products, pet food, frozen food, meat, and sea food. The company also offers a wide range of wines and beers. It markets products under Little Journey, Elevation, Winking Owl Wine, Barissimo Coffee, liveGfree, Simply Nature, Never Any, Fit & Active, Pueblo Lindo, and Specially Selected brand names. countries spanning Europe, North America, Oceania, and Asia. Aldi is headquartered in Batavia, Illinois, the US.

Gain a 360-degree view of Aldi Inc and make more informed decisions for your business

Learn more

| Headquarters | Website | No of Employees |
|---|---|---|
| United States of America | www.aldi.us | 45,000 |

Source: https://www.globaldata.com/company-profile/aldi-inc/

On information and belief, Aldi Inc. Systems and Services utilizes Apache Kafka in public and/or private cloud(s). For example, ALDI Inc. Aldi Inc. posts, or has hired personnel that require familiarity with Kafka Technology.

- Example of a LinkedIn profile of a Senior Java Full Stack Developer working at Aldi USA, identifies Kafka among his technical skills and experience, while working at Aldi USA. https://www.linkedin.com/in/panem-srikanth-a2582a236/.




- Example of a LinkedIn profile of a Data Scientist AI/ML at Aldi USA, identifies Kafka among her technical skills and experience, while working at Aldi USA. https://www.linkedin.com/in/gayathri-reddy-bandala-5a67b6216/.



- Example of a LinkedIn profile of a former Senior Data Engineer at Aldi USA, identifies Kafka among his technical skills and experience, while implementing real-time data streaming pipelines using Kafka. https://www.linkedin.com/in/pillia-shekar-nikesh/.




- Example of a LinkedIn profile of a former Data Scientist/ Data Engineer at Aldi USA, identifies Kafka among her technical skills and experience, using it to create real-time data streaming pipelines. https://www.linkedin.com/in/m-yogitha/.




As another example, public information indicates that Aldi USA (Aldi Inc.) has undertaken initiatives to modernize and migrate its enterprise infrastructure. For example, a current employee of Aldi USA working as Data Engineer describes focusing on migration of data systems by leveraging cloud technology. (https://www.linkedin.com/in/charumathi-rajagopal-5b7497117/). Similarly, a former Data Engineer notes performing the migration of several Databases, Application and Web servers from on-premises environments to cloud environment during his work from 2021-23. (https://www.linkedin.com/in/husain-dewaswala-b17b09245/). As another example, Aldi Inc. has publicly disclosed its ongoing enterprise-wide cloud transformation and modernization initiatives. Atlassian describes ALDI's migration of more than 7,000 grocery stores to modern cloud-based systems, explaining that ALDI relied extensively on Jira Automation to coordinate large-scale digital transformation activities across its retail operations. This migration demonstrates ALDI's continued investment in cloud-native infrastructure, enterprise software modernization, and automated application deployment on a global scale (https://www.atlassian.com/blog/jira/how-aldi-leverages-jira-for-digital-success).

Collectively, these publicly available profiles support the inference that ALDI Inc. continues to operate legacy on-premises systems while simultaneously expanding cloud-based infrastructure, consistent with a hybrid cloud architecture in which workloads and enterprise applications are distributed across both traditional on-premises environments and modern cloud platforms.

Accordingly, on information and belief, Aldi Inc. Systems and Services utilizes Apache Kafka technology. [2]

[2] All sources cited in this document were publicly accessible as of the filing date of the Answer and Counterclaims.

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| [8.pre] A method, comprising: | To the extent this preamble is limiting, on information and belief, Aldi Inc. Systems and Services practice a method.<br><br>Apache Kafka is an open-source distributed streaming platform designed for high throughput, fault tolerance, and scalability, and is used for building real-time data pipelines and applications.<br><br><br><br>*An overview of Kafka's architecture - Source*<br><br>Source: https://www.datacamp.com/tutorial/kafka-partitions. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | <br>Source: https://www.scaler.com/topics/kafka-cluster/.<br><br>Kafka includes producers, consumers, brokers, topics, and partitions. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | At its core, Kafka comprises multiple components. These components include producers, consumers, brokers, topics, and partitions, and each plays a crucial role in the overall system.<br>• **Producers** are responsible for generating data and sending it to Kafka topics. They publish messages to Kafka brokers, typically in a key-value format.<br>• **Brokers** are the servers that store and manage Kafka topics. They handle data replication, distribution, and communication between producers and consumers.<br>• **Topics** are logical categories or streams of data within Kafka. They act as message queues where producers publish data and consumers retrieve it.<br>• **Partitions** are the basic unit of data storage and distribution within Kafka topics.<br>• **Consumers** are applications or processes that subscribe to Kafka topics to retrieve and process data. They read messages from one or more partitions and can be grouped into consumer groups for load balancing and parallel processing.<br><br>Source: https://www.datacamp.com/tutorial/kafka-partitions. |

<table>
<tr><th colspan="2">U.S. Reissue Patent RE48,894 (Claim 8, 15)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td></td><td>Before talking about partitions we need to understand what a topic is. In Kafka, a topic is basically a storage unit where all the messages sent by the producer are stored. Generally, similar data is stored in individual topics. For example, you can have a topic named “user” where you only store the details of your users, or you can have a topic named “payments” where you only store all the payment-related details. A topic can be further subdivided into multiple storage units and these subdivisions of a topic are known as partitions.<br><br><br>Source: https://medium.com/javarevisited/kafka-partitions-and-consumer-groups-in-6-mins-9e0e336c6c00.</td></tr>
</table>

<table>
<tr><th colspan="2">U.S. Reissue Patent RE48,894 (Claim 8, 15)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td></td><td>Kafka® is a distributed, partitioned, replicated commit log service. It provides the functionality of a messaging system, but with a unique design.<br><br>What does all that mean?<br><br>First let's review some basic messaging terminology:<br><br>• Kafka maintains feeds of messages in categories called topics.<br>• We'll call processes that publish messages to a Kafka topic producers.<br>• We'll call processes that subscribe to topics and process the feed of published messages consumers..<br>• Kafka is run as a cluster comprised of one or more servers each of which is called a broker. So, at a high level, producers send messages over the network to the Kafka cluster which in turn serves them up to consumers like this:<br><br>Source: https://kafka.apache.org/082/getting-started/introduction/.</td></tr>
<tr><td>[8.a] receiving, at a resource consumer device, node names corresponding to each of a plurality of resource nodes;</td><td>On information and belief, Aldi Inc. practice receiving, at a resource consumer device, node names corresponding to each of a plurality of resource nodes.<br><br>Kafka provides for configuring bootstrap server in Kafka clients by specifying broker addresses in the bootstrap server configuration. Kafka consumers receive bootstrap server information as part of their configuration. The bootstrap server information includes of a list of broker addresses that the client can connect to initially when accessing the Kafka cluster.<br><br>In Apache Kafka, the bootstrap server is an essential part of client configuration, enabling Kafka producers and consumers to connect to the cluster for real-time event streaming. By specifying a few broker addresses in the bootstrap server configuration, clients can reliably establish a connection and begin interacting with Kafka without needing direct knowledge of the entire cluster setup. But what exactly is a bootstrap server, and how does it work within Kafka's distributed system?<br><br>Source: https://axual.com/blog/kafka-bootstrap-server.</td></tr>
</table>

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | **How the Bootstrap Server Works in Kafka**<br><br>The Kafka bootstrap server serves as an entry point for clients to connect to a Kafka cluster.<br>Configured as a list of broker addresses in the client settings, the bootstrap server allows Kafka producers and consumers to locate the cluster's active brokers and partitions. When a client first connects to one of these brokers, it receives metadata about the cluster, including information about all brokers, topic partitions, and leader assignments. This metadata enables the client to route data correctly within the cluster without needing to know all broker addresses in advance, providing a streamlined connection process and minimizing configuration complexity.<br><br>Source: https://axual.com/blog/kafka-bootstrap-server.<br><br>The client configuration includes a list of broker addresses that Kafka clients use to initiate contact with a cluster. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | **Configuring Bootstrap Servers in Kafka Clients**<br><br>Configuring the bootstrap servers in Kafka clients is straightforward and involves setting the *bootstrap.servers* property in the client's configuration. This property is a list of broker addresses that Kafka clients use to initiate contact with the cluster. Interestingly, the list doesn't need to include every broker in the cluster—just a few addresses are sufficient, as the client will use these initial brokers to fetch metadata about the entire cluster. For example, a configuration might look like bootstrap.servers=broker1:9092,broker2:9092, where each entry represents a broker address and port. Once configured, the client can seamlessly connect and communicate with **the Kafka cluster**.<br><br>Source: https://axual.com/blog/kafka-bootstrap-server.<br><br>*See also* https://kafka.apache.org/documentation/#consumerconfigs. |
| [8.b] determining, using the resource consumer device, an organizational structure of the plurality of resource nodes based on the received node names, the organizational structure being a parallel structure that enables access to a data set through at least two of the plurality of resource nodes or a serial | On information and belief, Aldi Inc. Systems and Services practice determining, using the resource consumer device, an organizational structure of the plurality of resource nodes based on the received node names, the organizational structure being a parallel structure that enables access to a data set through at least two of the plurality of resource nodes or a serial structure that enables access to a first data block of the data set through a first resource node and to a second data block consecutive to the first data block of the data set through a second resource node.<br><br>As an example, the received Kafka bootstrap server information allows the Kafka consumer to connect to at least one bootstrap server, which can function as an entry point for the consumer client to connect to the Kafka cluster. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| structure that enables access to a first data block of the data set through a first resource node and to a second data block consecutive to the first data block of the data set through a second resource node; and |  <br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | **How the Bootstrap Server Works in Kafka**<br><br>The Kafka bootstrap server serves as an entry point for clients to connect to a Kafka cluster.<br>Configured as a list of broker addresses in the client settings, the bootstrap server allows Kafka producers and consumers to locate the cluster's active brokers and partitions. When a client first connects to one of these brokers, it receives metadata about the cluster, including information about all brokers, topic partitions, and leader assignments. This metadata enables the client to route data correctly within the cluster without needing to know all broker addresses in advance, providing a streamlined connection process and minimizing configuration complexity.<br><br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/.<br><br>*See also* claim limitation [8.a].<br><br>Each topic in a Kafka cluster is divided into partitions, which allows Kafka to perform parallelized message processing. In this way, a deployed Kafka cluster implementing topic partitions can be considered at least a parallel structure.<br><br>**Partitions:** 1. **Data Distribution:**<br><br>- Each Kafka topic is divided into partitions. Partitions allow Kafka to parallelize message processing and increase throughput.<br><br>- Each partition is an ordered, immutable sequence of messages that is continually appended to. Messages are identified by their offset within the partition.<br><br>Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally- |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | which-ashish-sv6ec.<br><br>3. **Reading Messages:**<br>- C1 will read messages from partitions P0 and P1.<br>- C2 will read messages from partitions P2 and P3.<br>- Each consumer keeps track of the last processed offset in each of its partitions to ensure it knows where to resume reading in case of a restart.<br><br>Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally-which-ashish-sv6ec. |
| [8.c] generating, using the resource consumer device, a resource map based at least in part on the organizational structure; and | On information and belief, Aldi Inc. Systems and Services practice generating, using the resource consumer device, a resource map based at least in part on the organizational structure.<br>In Kafka, a consumer connects to a bootstrap server and receives topic partition information, which enables the consumer to route data correctly within the cluster without needing to know all broker addresses in advance. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | **How the Bootstrap Server Works in Kafka**<br><br>The Kafka bootstrap server serves as an entry point for clients to connect to a Kafka cluster.<br>Configured as a list of broker addresses in the client settings, the bootstrap server allows Kafka producers and consumers to locate the cluster's active brokers and partitions. When a client first connects to one of these brokers, it receives metadata about the cluster, including information about all brokers, topic partitions, and leader assignments. This metadata enables the client to route data correctly within the cluster without needing to know all broker addresses in advance, providing a streamlined connection process and minimizing configuration complexity.<br><br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| |   Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | • **bootstrap.servers**<br><br>A list of host/port pairs to use for establishing the initial connection to the Kafka cluster. The client will make use of all servers irrespective of which servers are specified here for bootstrapping—this list only impacts the initial hosts used to discover the full set of servers. This list should be in the form `host1:port1,host2:port2,...`. Since these servers are just used for the initial connection to discover the full cluster membership (which may change dynamically), this list need not contain the full set of servers (you may want more than one, though, in case a server is down).<br><br>**Type:** list<br>**Default:**<br>**Valid Values:**<br>**Importance:** high<br><br>Source: kafka.apache.org/26/generated/admin_client_config.html.<br><br>As part of the Consumer Embedded Protocol, Kafka determines a structure of the operative Kafka cluster. It forms data structures functioning as a map that allows the consumer to contact nodes for partitions and topics. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | <br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | **Consumer Behavior:**<br><br>1. **Fetching Metadata:**<br><br>- When a consumer starts or joins a consumer group, it queries the Kafka broker to get metadata about the topic. This metadata includes information about partitions and their leaders.<br><br>2. **Partition Assignment:**<br><br>- The consumer receives partition assignments from the Kafka coordinator. This tells the consumer which partitions it is responsible for. Consumers poll these partitions for new messages.<br><br>3. **Message Reading:**<br><br>- Consumers read messages from their assigned partitions based on the last committed offset. They continuously fetch messages from the leader of each partition they are assigned to.<br><br>Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally-which-ashish-sv6ec. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| [8.d] messaging, by the resource consumer device, one or more resource nodes of the plurality of resource nodes about the data set based at least in part on the resource map. | On information and belief, Aldi Inc. Systems and Services practice messaging, by the resource consumer device, one or more resource nodes of the plurality of resource nodes about the data set based at least in part on the resource map.<br>Based on the resource map, a Kafka consumer can contact specific nodes for specific partitions and topics.<br><br>Source: https://www.scaler.com/topics/kafka-tutorial/kafka-partitioning-strategy/. |

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | **Consumer Behavior:**<br><br>1. **Fetching Metadata:**<br><br>- When a consumer starts or joins a consumer group, it queries the Kafka broker to get metadata about the topic. This metadata includes information about partitions and their leaders.<br><br>2. **Partition Assignment:**<br><br>- The consumer receives partition assignments from the Kafka coordinator. This tells the consumer which partitions it is responsible for. Consumers poll these partitions for new messages.<br><br>3. **Message Reading:**<br><br>- Consumers read messages from their assigned partitions based on the last committed offset. They continuously fetch messages from the leader of each partition they are assigned to.<br><br>Source: https://www.linkedin.com/pulse/how-partition-consumer-groups-works-kafka-internally-which-ashish-sv6ec. |

<table>
<tr><th colspan="2">U.S. Reissue Patent RE48,894 (Claim 8, 15)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td>[15] The method of claim 8, wherein the received node names are configured to indicate a group type associated with the plurality of resource nodes.</td><td>On information and belief, Aldi Inc. Systems and Services practice wherein the received node names are configured to indicate a group type associated with the plurality of resource nodes. In Kafka, partition metadata identifies brokers according to their role within a partition, including a leader broker and one or more follower brokers. Kafka documentation explains that each partition has a single leader and zero or more followers, and that followers replicate writes from the leader. Accordingly, the received broker identifiers (node names) indicate group types associated with the broker resource nodes, including leader broker groups and follower broker groups.<br><br>The unit of replication is the topic partition. Under non-failure conditions, each partition in Kafka has a single leader and zero or more followers. The total number of replicas including the leader constitute the replication factor. All writes go to the leader of the partition, and reads can go to the leader or the followers of the partition. Typically, there are many more partitions than brokers and the leaders are evenly distributed among brokers. The logs on the followers are identical to the leader's log–all have the same offsets and messages in the same order (though, of course, at any given time the leader may have a few as-yet unreplicated messages at the end of its log).<br><br>Source: https://kafka.apache.org/43/design/design/#replication<br><br>Followers consume messages from the leader just as a normal Kafka consumer would and apply them to their own log. Having the followers pull from the leader has the nice property of allowing the follower to naturally batch together log entries they are applying to their log.<br><br>Source: https://kafka.apache.org/43/design/design/#replication</td></tr>
</table>

<table>
<tr><th colspan="2">U.S. Reissue Patent RE48,894 (Claim 8, 15)</th></tr>
<tr><th>Patent Claim(s)</th><th>Example Aldi Inc. Systems and Services</th></tr>
<tr><td></td><td>
As with most distributed systems, automatically handling failures requires a precise definition of what it means for a node to be "alive." In Kafka, a special node known as the "controller" is responsible for managing the registration of brokers in the cluster. Broker liveness has two conditions:<br><br>
1. Brokers must maintain an active session with the controller in order to receive regular metadata updates.<br>
2. Brokers acting as followers must replicate the writes from the leader and not fall "too far" behind.<br><br>
Source: https://kafka.apache.org/43/design/design/#replication<br><br>

<br>
Source: https://blog.stackademic.com/the-architecture-of-apache-kafka-a-robust-message-queue-solution-4ea2694cb0a3
</td></tr>
</table>

| U.S. Reissue Patent RE48,894 (Claim 8, 15) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Inc. Systems and Services** |
| | (continued below) |

```
Metadata Response (Version: 1) => { [brokers] controller_id [topics] }
  brokers => { node_id host port rack }
    node_id => INT32
    host => STRING
    port => INT32
    rack => NULLABLE_STRING
  controller_id => INT32
  topics => { error_code name is_internal [partitions] }
    error_code => INT16
    name => STRING
    is_internal => BOOLEAN
    partitions => { error_code partition_index leader_id [replica_nodes] [isr_nodes] }
      error_code => INT16
      partition_index => INT32
      leader_id => INT32
      replica_nodes => INT32
      isr_nodes => INT32
```

Source: https://kafka.apache.org/43/design/protocol/




Source: https://kafka-options-explorer.conduktor.io/wire-format/Metadata/response/v7/