# Exhibit 12

**Example Infringement Claim Chart For**
**Example Aldi Systems and Services**
**U.S. Patent No. 9,948,712 ("the '712 Patent" or "Asserted Patent")**

The Accused Systems and Services include without limitation Aldi ("Aldi" or "Defendant") Systems and Services that utilize Docker; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Aldi Systems and Services that have the same or substantially similar features as the specifically identified systems and services ("Example Aldi Systems and Services" or " Aldi, a Mutual Legal Reserve Company Systems and Services.").[1]

On information and belief, the Aldi Systems and Services directly infringes the asserted claims of the '844 Patent, either literally or under the doctrine of equivalents, through at least using Docker in the Aldi Systems and Services. In addition, the Aldi Systems and Services directly infringes the '844 Patent by testing the Aldi Systems and Services and its various systems that use Docker.

On information and belief, Aldi also indirectly infringes the '844 Patent by inducing its employees, customers, and other third parties (such as vendors) to use Aldi Systems and Services, and provides documents that include instructions regarding how to use Aldi products and services that use Docker in the Aldi Systems and Services in an infringing manner. On information and belief, Aldi supplies its employees, customers, and other third parties with access to the Aldi Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, Aldi provides instructions on how to use its various products and services that use Docker in the Aldi Systems and Services in an infringing manner, the use of which results in infringement of the '844 Patent claims through performance of the claimed methods.

On information and belief, the Aldi Systems and Services use Docker in public and/or private cloud(s). For example, Aldi posts, or has posted, job opportunities that require familiarity with Docker technology.

[1] For the avoidance of doubt, Counterclaim-Plaintiffs do not accuse the public clouds of Counterclaim-Defendant, to the extent those services are provided by a cloud provider with a license to Counterclaim-Plaintiffs' patents that covers Counterclaim-Defendant's activities. Counterclaim-Plaintiffs will produce relevant license agreements in this litigation. Counterclaim-Plaintiffs accuse Counterclaim-Defendant private clouds that implement Kubernetes and non-licensed public clouds that Counterclaim-Defendant uses to support Kubernetes for its systems and services. Counterclaim-Plaintiffs will provide relevant license agreements for cloud providers in discovery, to the extent any such license agreements have not already been produced. To the extent any of these licenses are relevant to Counterclaim-Defendant's activities, Counterclaim-Plaintiffs will meet and confer with Counterclaim-Defendant about the impact of such license(s).

On information and belief, Aldi use at least on-premises and/or private cloud, and on information and belief, use Docker and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services. [2]

[2] All sources cited in this document were publicly accessible as of the filing date of the Answer and Counterclaims

| **U.S. Patent No. 9,948,712 (Claim 16)** | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| [16.pre]. A method, comprising: | To the extent this preamble is limiting, on information and belief, the Aldi Systems and Services practice a method.<br><br>For example, on information and belief, Aldi's use of Docker Swarm provides "a method, comprising."<br><br>**Swarm mode**<br><br>Ask Gordon Copy Markdown View Markdown<br><br>**Note**<br><br>Swarm mode is an advanced feature for managing a cluster of Docker daemons.<br><br>Use Swarm mode if you intend to use Swarm as a production runtime environment.<br><br>If you're not planning on deploying with Swarm, use Docker Compose instead. If you're developing for a Kubernetes deployment, consider using the integrated Kubernetes feature in Docker Desktop.<br><br>Current versions of Docker include Swarm mode for natively managing a cluster of Docker Engines called a swarm. Use the Docker CLI to create a swarm, deploy application services to a swarm, and manage swarm behavior.<br><br>Docker Swarm mode is built into the Docker Engine. Do not confuse Docker Swarm mode with Docker Classic Swarm which is no longer actively developed.<br><br>Source: https://docs.docker.com/engine/swarm/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | **Nodes**<br><br>A node is an instance of the Docker engine participating in the swarm. You can also think of this as a Docker node. You can run one or more nodes on a single physical computer or cloud server, but production swarm deployments typically include Docker nodes distributed across multiple physical and cloud machines.<br><br>To deploy your application to a swarm, you submit a service definition to a manager node. The manager node dispatches units of work called tasks to worker nodes.<br><br>Manager nodes also perform the orchestration and cluster management functions required to maintain the desired state of the swarm. Manager nodes select a single leader to conduct orchestration tasks.<br><br>Worker nodes receive and execute tasks dispatched from manager nodes. By default manager nodes also run services as worker nodes, but you can configure them to run manager tasks exclusively and be manager-only nodes. An agent runs on each worker node and reports on the tasks assigned to it. The worker node notifies the manager node of the current state of its assigned tasks so that the manager can maintain the desired state of each worker.<br><br>Source: https://docs.docker.com/engine/swarm/key-concepts/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | **docker swarm join**<br>Ask Gordon Copy Markdown View Markdown<br>**Description** Join a swarm as a node and/or manager<br>**Usage** `docker swarm join [OPTIONS] HOST:PORT`<br>Swarm This command works with the Swarm orchestrator.<br>Source: https://docs.docker.com/reference/cli/docker/swarm/join/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | # docker node promote<br>Ask Gordon Copy Markdown View Markdown<br>**Description** Promote one or more nodes to manager in the swarm<br>**Usage** `docker node promote NODE [NODE...]`<br>Swarm This command works with the Swarm orchestrator.<br>## Description<br>Promotes a node to manager. This command can only be executed on a manager node.<br>**Note**<br>This is a cluster management command, and must be executed on a swarm manager node. To learn about managers and workers, refer to the Swarm mode section in the documentation.<br><br>Source: https://docs.docker.com/reference/cli/docker/node/promote/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| [16.a] receiving, at an agent client device, an agent server participation request from an agent server device; | On information and belief, Aldi Systems and Services receive, at an agent client device, an agent server participation request from an agent server device.<br><br>For example, in Docker Swarm when a worker node (i.e. agent client device) gets promoted to manager / leader of the swarm (i.e. agent server device), the dispatcher running on the manager node pushes down a role-change notification back to the worker node. This push-down notification from manager to worker serves as a server participation request. |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | # docker node promote<br>Ask Gordon Copy Markdown View Markdown<br>**Description** Promote one or more nodes to manager in the swarm<br>**Usage** `docker node promote NODE [NODE...]`<br>Swarm This command works with the Swarm orchestrator.<br>## Description<br>Promotes a node to manager. This command can only be executed on a manager node.<br>**Note**<br>This is a cluster management command, and must be executed on a swarm manager node. To learn about managers and workers, refer to the Swarm mode section in the documentation.<br><br>Source: https://docs.docker.com/reference/cli/docker/node/promote/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | **Node promotion**<br><br>When a node is promoted, the desired state of the node is set to manager in the control api.<br><br>The `roleManager` ( `github.com/docker/swarmkit/manager/role_manager.go` ) is a service running on the leader which watches for updates to nodes, and reconciles the desired role with the observed role. When it has gotten an update about a promotion, it just automatically updates the a node's observed role to manager, if the node's desired or observed roles or the node's existence at all hasn't already changed in the meantime.<br><br>Source: https://github.com/moby/swarmkit/issues/2565 |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | <br>Source: https://github.com/moby/swarmkit/blob/master/manager/dispatcher/dispatcher.go |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | **Renewing the TLS certs/manager startup/shutdown after a demotion or promotion**<br><br>When a node's desired role changes (or the certificate status is `IssuanceStateRotate` ), the dispatcher pushes node changes down to the agent. The agent, upon seeing a node change, including the desired role change, will renew the certificate, and keep trying to renew until it gets a certificate with the expected (desired) role.<br><br>Source: https://github.com/moby/swarmkit/issues/2565 |
| [16.b] determining, at the agent client device, whether the agent client device is able to host an agent server to be migrated from the agent server device; | On information and belief, Aldi Systems and Services determine, at the agent client device, whether the agent client device is able to host an agent server to be migrated from the agent server device.<br><br>For example, on information and belief, in Docker Swarm, a worker node will only activate as a manager after promotion when it renews it TLS certificate to a manager certificate. This determines whether the worker node will be able to perform Swarm manger functionalities. (i.e. Agent Server).<br><br>**Node promotion**<br><br>When a node is promoted, the desired state of the node is set to manager in the control api.<br><br>The `roleManager` ( `github.com/docker/swarmkit/manager/role_manager.go` ) is a service running on the leader which watches for updates to nodes, and reconciles the desired role with the observed role. When it has gotten an update about a promotion, it just automatically updates the a node's observed role to manager, if the node's desired or observed roles or the node's existence at all hasn't already changed in the meantime.<br><br>Source: https://github.com/moby/swarmkit/issues/2565 |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |

## Renewing the TLS certs/manager startup/shutdown after a demotion or promotion

When a node's desired role changes (or the certificate status is `IssuanceStateRotate`), the dispatcher pushes node changes down to the agent. The agent, upon seeing a node change, including the desired role change, will renew the certificate, and keep trying to renew until it gets a certificate with the expected (desired) role.

The CA server running on the leader only issues certs for the observed node role (so if the node role hasn't been reconciled yet, the CA server will issue a cert for the previous desired node role).

When a node gets a cert for a new role, only then does it officially either start up the manager if it's been promoted, or shut down the manager if it's been demoted. This makes sense for promotions, because there is no point in starting up manager services without a manager cert, since the node will not be able to perform its role as a manager without the manager cert.

Source: https://github.com/moby/swarmkit/issues/2565

## Node promotion renews certificate twice #1611

Closed

**aaronlehmann** opened on Oct 11, 2016 Collaborator ···

Promoting a node appears to force certificate renewal twice:

```
INFO[0052] forced certificate renewal                    module=node/tls node.id=207fp9huev23out223e3myz2b node.role=swarm-worker
DEBU[0052] next certificate renewal scheduled            module=node/tls node.id=207fp9huev23out223e3myz2b node.role=swarm-manager t:
INFO[0052] forced certificate renewal                    module=node/tls node.id=207fp9huev23out223e3myz2b node.role=swarm-manager
```

Source: https://github.com/moby/swarmkit/issues/1611

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| [16.c] transmitting an agent server participation response from the agent client device to the agent server device in response to determining that the agent client device is able to host the agent server; | On information and belief, the Aldi Systems and Services transmits an agent server participation response from the agent client device to the agent server device in response to determining that the agent client device is able to host the agent server.<br>For example, on information and belief, in Docker Swarm, upon promotion worker node invokes Join RPC towards the current leader to join the manager consensus group. This Join communication towards the leader serves as a server participation response.<br>**Join as a manager node**<br>When you run `docker swarm join` and pass the manager token, Docker Engine switches into Swarm mode the same as for workers. Manager nodes also participate in the raft consensus. The new nodes should be `Reachable`, but the existing manager remains the swarm `Leader`.<br>Docker recommends three or five manager nodes per cluster to implement high availability. Because Swarm-mode manager nodes share data using Raft, there must be an odd number of managers. The swarm can continue to function after as long as a quorum of more than half of the manager nodes are available.<br>`// Join asks to a member of the raft to propose`<br>`// a configuration change and add us as a member thus`<br>`// beginning the log replication process. This method`<br>`// is called from an aspiring member to an existing member`<br>Source:<br>https://chromium.googlesource.com/external/github.com/docker/cli/%2B/42dab3545d3b34db843a615 |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | 0846f580759e59cb5/components/engine/vendor/github.com/docker/swarmkit/manager/state/raft/raft.go?utm_source=chatgpt.com<br><br>## Adding and removing nodes<br><br>New nodes can join an existing Raft consensus group by invoking the `Join` RPC on the leader node. This corresponds to joining a swarm with a manager-level token, or promoting a worker node to a manager. If successful, `Join` returns a Raft ID for the new node and a list of other members of the consensus group.<br><br>On the leader side, `Join` tries to append a configuration change entry to the Raft log, and waits until that entry becomes committed.<br><br>Source: https://sources.debian.org/src/docker.io/20.10.24%2Bdfsg1-1/swarmkit/design/raft.md/?utm_source=chatgpt.com<br><br>*See also* claim limitations [16.a] and [16.b]. |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| [16.d] processing at the agent client device, an agent server activation request including agent server migration data, the agent server activation request received from the agent server device; | On information and belief, the Aldi Systems and Services process at the agent client device, an agent server activation request including agent server migration data, the agent server activation request received from the agent server device.<br><br>For example, on information and belief, in Docker Swarm after the worker node is promoted and joins the manager quorum, the current leader synchronizes cluster state to the promoted node through Raft state replication using snapshots, log entries etc. (i.e. server migration data). The promoted node processes the incoming replicated state locally before participating fully in cluster management.<br><br>**Promote or demote a node**<br><br>You can promote a worker node to the manager role. This is useful when a manager node becomes unavailable or if you want to take a manager offline for maintenance. Similarly, you can demote a manager node to the worker role.<br><br>Source: https://docs.docker.com/engine/swarm/manage-nodes/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | **Operate manager nodes in a swarm**<br><br>Swarm manager nodes use the Raft Consensus Algorithm to manage the swarm state. You only need to understand some general concepts of Raft in order to manage a swarm.<br><br>There is no limit on the number of manager nodes. The decision about how many manager nodes to implement is a trade-off between performance and fault-tolerance. Adding manager nodes to a swarm makes the swarm more fault-tolerant. However, additional manager nodes reduce write performance because more nodes must acknowledge proposals to update the swarm state. This means more network round-trip traffic.<br><br>Raft requires a majority of managers, also called the quorum, to agree on proposed updates to the swarm, such as node additions or removals. Membership operations are subject to the same constraints as state replication.<br><br>Source; https://docs.docker.com/engine/swarm/admin_guide/<br><br>A new node creates an empty Raft log with its own node information in the metadata field. Then it starts the state machine. By running the Raft consensus protocol, the leader will discover that the new node doesn't have any entries in its log, and will synchronize these entries to the new node through some combination of sending snapshots and log entries. It can take a little while for a new node to become a functional member of the consensus group, because it needs to receive this data first.<br><br>Source: https://sources.debian.org/src/docker.io/20.10.24%2Bdfsg1-1/swarmkit/design/raft.md |

**U.S. Patent No. 9,948,712 (Claim 16)**

| Patent Claim(s) | Example Aldi Systems and Services |
| --- | --- |
| | ## Logs and snapshots<br><br>There are two sets of files on disk that provide persistent state for Raft. There is a set of WAL (write-ahead log files). These store a series of log entries and Raft metadata, such as the current term, index, and committed index. WAL files are automatically rotated when they reach a certain size.<br><br>To avoid having to retain every entry in the history of the log, snapshots serialize a view of the state at a particular point in time. After a snapshot gets taken, logs that predate the snapshot are no longer necessary, because the snapshot captures all the information that's needed from the log up to that point. The number of old snapshots and WALs to retain is configurable.<br><br>In SwarmKit's usage, WALs mostly contain protobuf-serialized data store modifications. A log entry can contain a batch of creations, updates, and deletions of objects from the data store. Some log entries contain other kinds of metadata, like node additions or removals. Snapshots contain a complete dump of the store, as well as any metadata from the log entries that needs to be preserved. The saved metadata includes the Raft term and index, a list of nodes in the cluster, and a list of nodes that have been removed from the cluster.<br><br>WALs and snapshots are both stored encrypted, even if the autolock feature is disabled. With autolock turned off, the data encryption key is stored on disk in plaintext, in a header inside the TLS key. When autolock is turned on, the data encryption key is encrypted with a key encryption key.<br><br>Source: https://sources.debian.org/src/docker.io/20.10.24%2Bdfsg1-1/swarmkit/design/raft.md |

| **U.S. Patent No. 9,948,712 (Claim 16)** | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| [16.e] activating the agent server on the agent client device using the agent server migration data from the agent server activation request; | On information and belief, the Aldi Systems and Services activate the agent server on the agent client device using the agent server migration data from the agent server activation request.<br>For example, in Docker Swarm the promoted node starts to function as the member of the manager quorum (i.e. agent server) only after the leader node has synchronized the cluster state (i.e. server migration data) through snapshots and log entries.<br>**Promote or demote a node**<br>You can promote a worker node to the manager role. This is useful when a manager node becomes unavailable or if you want to take a manager offline for maintenance. Similarly, you can demote a manager node to the worker role.<br>Source: https://docs.docker.com/engine/swarm/manage-nodes/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | **Operate manager nodes in a swarm**<br><br>Swarm manager nodes use the Raft Consensus Algorithm to manage the swarm state. You only need to understand some general concepts of Raft in order to manage a swarm.<br><br>There is no limit on the number of manager nodes. The decision about how many manager nodes to implement is a trade-off between performance and fault-tolerance. Adding manager nodes to a swarm makes the swarm more fault-tolerant. However, additional manager nodes reduce write performance because more nodes must acknowledge proposals to update the swarm state. This means more network round-trip traffic.<br><br>Raft requires a majority of managers, also called the quorum, to agree on proposed updates to the swarm, such as node additions or removals. Membership operations are subject to the same constraints as state replication.<br><br>Source; https://docs.docker.com/engine/swarm/admin_guide/<br><br>`A new node creates an empty Raft log with its own node information in the metadata field. Then it starts the state machine. By running the Raft consensus protocol, the leader will discover that the new node doesn't have any entries in its log, and will synchronize these entries to the new node through some combination of sending snapshots and log entries. It can take a little while for a new node to become a functional member of the consensus group, because it needs to receive this data first.` |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | Source: https://sources.debian.org/src/docker.io/20.10.24%2Bdfsg1-1/swarmkit/design/raft.md<br><br>*See also* claim limitations [16.b] and [16.d]. |
| [16.f] transmitting an agent server success response to indicate successful activation of the agent server on the agent client device, the agent server success response transmitted to the agent server device in response to the agent server activation request; and | On information and belief, the Aldi Systems and Services transmits an agent server success response to indicate successful activation of the agent server on the agent client device, the agent server success response transmitted to the agent server device in response to the agent server activation request.<br><br>For example, in Docker Swarm |
| [16.j] terminating an agent client executing on the agent client device in response to the server activation request and after the successful activation of the agent server on the agent client device. | On information and belief, Aldi Systems and Services terminate an agent client executing on the agent client device in response to the server activation request and after the successful activation of the agent server on the agent client device.<br><br>For example, Docker Swarm's recommended configuration of manager-only nodes, where a promoted manager is placed into Drain availability, preventing further worker task assignment and causing existing swarm tasks on that node to be shut down and rescheduled elsewhere. This causes the node to terminate performing worker scheduling functions while continuing to operate as a manager |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | Drain a node on the swarm<br><br>Ask Gordon Copy Markdown View Markdown<br><br>In earlier steps of the tutorial, all the nodes have been running with `Active` availability. The swarm manager can assign tasks to any `Active` node, so up to now all nodes have been available to receive tasks.<br><br>Sometimes, such as planned maintenance times, you need to set a node to `Drain` availability. `Drain` availability prevents a node from receiving new tasks from the swarm manager. It also means the manager stops tasks running on the node and launches replica tasks on a node with `Active` availability.<br><br>Source: https://docs.docker.com/engine/swarm/swarm-tutorial/drain-node/ |

| U.S. Patent No. 9,948,712 (Claim 16) | |
|---|---|
| **Patent Claim(s)** | **Example Aldi Systems and Services** |
| | **Run manager-only nodes**<br><br>By default manager nodes also act as a worker nodes. This means the scheduler can assign tasks to a manager node. For small and non-critical swarms assigning tasks to managers is relatively low-risk as long as you schedule services using resource constraints for cpu and memory.<br><br>However, because manager nodes use the Raft consensus algorithm to replicate data in a consistent way, they are sensitive to resource starvation. You should isolate managers in your swarm from processes that might block swarm operations like swarm heartbeat or leader elections.<br><br>To avoid interference with manager node operation, you can drain manager nodes to make them unavailable as worker nodes:<br><br>`$ docker node update --availability drain NODE`<br><br>When you drain a node, the scheduler reassigns any tasks running on the node to other available worker nodes in the swarm. It also prevents the scheduler from assigning tasks to the node.<br><br>Source: https://docs.docker.com/engine/swarm/admin_guide<br>*See also* claim limitations [16.a], [16.b], [16.d] and [16.f]. |